UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,                    No. 1:26-cr-09

      v.                             Hon. Jane M. Beckering
                                       United States District Judge

DJUAN JAMAR ORR,

              Defendant.

_____/

**CERTIFICATE IN ACCORDANCE WITH
LOCAL CRIMINAL RULE 12.4 AND ADMIN. ORDER 18-RL-85**

In accordance with L. Crim. R. 12.4 and Administrative Order No. 18-RL-85, the United States consulted with counsel for defendant, who do not oppose the Government's Motion for Ends of Justice Continuance.

                                     Respectfully submitted,

                                     TIMOTHY VERHEY
                                     United States Attorney

Dated: April 13, 2026                */s/ Alexis M. Sanford*
                                     ALEXIS M. SANFORD
                                     Assistant United States Attorney