UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                    Case No. 1:26-cr-9

v.

                                    HON. JANE M. BECKERING

DJUAN JAMAR ORR,

     Defendant.

_____/

## ORDER

Pending before the Court is the government's Motion for Ends of Justice Continuance (ECF No. 30), which the Court construes as a motion to adjourn the June 3, 2026 motion hearing. The motion is unopposed (*see* ECF No. 31).  The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that the Motion to adjourn the June 3, 2026 motion hearing (ECF No. 30) is GRANTED.

A notice rescheduling the hearing will issue.


Dated: April 14, 2026                           /s/ Jane M. Beckering
                                           JANE M. BECKERING
                                           United States District Judge