UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,                       Case No. 1:26−cr−00009−JMB

      v.                              Hon. Jane M. Beckering

DJUAN JAMAR ORR,

            Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Suppress − #26 |
| Date/Time: | June 10, 2026   01:00 PM *(previously set for 6/3/2026 at 09:00 AM)* |
| District Judge: | Jane M. Beckering |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

JANE M. BECKERING
United States District Judge

Dated:  April 14, 2026     By:   /s/ Rick M. Wolters_____
                                      Case Manager